No. 98–6698. WEBB ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–6699. AREVALO-PEREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6708. MCFERREN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–43. ILLINOIS *v.* AUSTIN. App. Ct. Ill., 1st Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–476. CALDERON, WARDEN *v.* DYER. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–543. TEXAS *v.* FERNANDEZ. Ct. App. Tex., 4th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–593. NEW JERSEY *v.* SMITH. Sup. Ct. N. J. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–326. THOMAS ET AL. *v.* ALBRIGHT, SECRETARY OF STATE. C. A. D. C. Cir. Motion of class of African-American Foreign Service Officers for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 98–735. LOE *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to file appendix to petition for writ of certiorari under seal granted. Certiorari denied.

No. 98–6240. DEFOE *v.* MASSACHUSETTS DEPARTMENT OF REVENUE. C. A. 9th Cir. Certiorari before judgment denied.

No. D–1958. IN RE DISBARMENT OF BERG, *ante*, p. 802;
No. 97–1890. KERBY *v.* SOUTHEASTERN PUBLIC SERVICE AUTHORITY OF VIRGINIA ET AL., *ante*, p. 816;
No. 97–1912. WIRTZ, EXECUTRIX OF THE ESTATE OF WHITLEY, ET AL. *v.* SWITZER, *ante*, p. 817;

1034

No. 97–1957.   K & K CONSTRUCTION, INC., ET AL. v. MICHIGAN DEPARTMENT OF NATURAL RESOURCES ET AL., *ante*, p. 819;

No. 97–1990.   BELIN v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL., *ante*, p. 822;

No. 97–2034.   WATTS v. CALDERA, SECRETARY OF THE ARMY, ET AL., *ante*, p. 825;

No. 97–2065.   CARROLL v. BLACK ET AL., *ante*, p. 826;

No. 97–2075.   GREEN ET AL. v. CITY OF BOSTON ET AL., *ante*, p. 827;

No. 97–8701.   KOKORALEIS v. GILMORE, WARDEN, *ante*, p. 829;

No. 97–8918.   BALDWIN v. LOUISIANA, *ante*, p. 831;

No. 97–8930.   IN RE CAMPBELL, *ante*, p. 808;

No. 97–8963.   PRENTICE v. INFORMATION RESOURCES, INC., *ante*, p. 832;

No. 97–9027.   SOLIS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL., *ante*, p. 834;

No. 97–9090.   IN RE SEATON, *ante*, p. 807;

No. 97–9154.   WILLIAMS v. LOUISIANA, *ante*, p. 838;

No. 97–9256.   IN RE FARRELL, *ante*, p. 807;

No. 97–9290.   McEVOY v. HOAG, *ante*, p. 843;

No. 97–9292.   RICHMOND v. NORTH CAROLINA, *ante*, p. 843;

No. 97–9293.   TUCKER v. BARTON ET AL., *ante*, p. 844;

No. 97–9363.   CUMMINGS v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 847;

No. 97–9364.   COATES v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante*, p. 847;

No. 97–9376.   PETERSON v. APFEL, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 847;

No. 97–9392.   STEWART v. HECHINGER STORES CO., *ante*, p. 848;

No. 97–9413.   WILLIAMS v. UNITED STATES, *ante*, p. 850;

No. 97–9441.   IN RE TASBY, *ante*, p. 808;

No. 97–9467.   JORDAN v. UNITED STATES, *ante*, p. 853;

No. 97–9543.   WARD v. GENERAL MOTORS NATIONAL RETIREMENT SERVICE, *ante*, p. 858;

No. 97–9551.   TONUBBEE v. RIVER PARISHES GUIDE ET AL., *ante*, p. 858;

No. 97–9554.   IN RE WAPNICK, *ante*, p. 807;

No. 97–9556. KING *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 858;

No. 97–9591. KEENAN *v.* OHIO, *ante,* p. 860;

No. 97–9629. TIZER *v.* MONTGOMERY COUNTY ORPHANS' COURT, *ante,* p. 863;

No. 97–9630. IN RE THOMPSON, *ante,* p. 807;

No. 97–9649. BELL *v.* UNITED STATES, *ante,* p. 864;

No. 97–9654. WALCZAK *v.* MASSACHUSETTS STATE RETIREMENT BOARD, *ante,* p. 864;

No. 97–9658. KING *v.* FREEDMAN ET AL., *ante,* p. 865;

No. 97–9676. IN RE HENDERSON, *ante,* p. 807;

No. 97–9678. SMITH *v.* UNITED STATES, *ante,* p. 866;

No. 97–9684. KING *v.* ELSER, *ante,* p. 866;

No. 98–106. SASSOWER *v.* MANGANO, PRESIDING JUSTICE OF THE APPELLATE DIVISION, SECOND DEPARTMENT, SUPREME COURT OF NEW YORK, ET AL., *ante,* p. 872;

No. 98–159. BERG *v.* STATE BAR OF CALIFORNIA, *ante,* p. 875;

No. 98–210. SPETH *v.* CAPITOL INDEMNITY CORP. ET AL., *ante,* p. 877;

No. 98–234. GARCIA-ABREGO *v.* UNITED STATES, *ante,* p. 878;

No. 98–240. POLYAK *v.* UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT, *ante,* p. 878;

No. 98–273. BERG *v.* KOZLOFF, *ante,* p. 931;

No. 98–274. TYLER *v.* CHILES, GOVERNOR OF FLORIDA, ET AL., *ante,* p. 931;

No. 98–330. IN RE ATKINSON, *ante,* p. 808;

No. 98–435. ELECTRONIC ENGINEERING CO. *v.* FEDERAL COMMUNICATIONS COMMISSION, *ante,* p. 932;

No. 98–5007. SWANSON *v.* UNITED STATES, *ante,* p. 880;

No. 98–5026. ROBERTSON *v.* LOUISIANA, *ante,* p. 882;

No. 98–5055. MILLER ET AL. *v.* LORAIN COUNTY BOARD OF ELECTIONS ET AL., *ante,* p. 923;

No. 98–5133. MEASE *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante,* p. 888;

No. 98–5149. ZIEBARTH *v.* AGRIBANK, FCB, *ante,* p. 888;

No. 98–5152. IN RE SWANSON, *ante,* p. 807;

No. 98–5166. GILLIES *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, *ante,* p. 889;

No. 98–5178. CAPPS *v.* CALIFORNIA, *ante,* p. 890;

No. 98–5290. BARLEY-COOKE *v.* EDISON ET AL., *ante,* p. 897;

No. 98–5293.   ARONOVSKY *v.* NGUYEN ET AL., *ante*, p. 897;

No. 98–5369.   SINGLETON *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 901;

No. 98–5373.   COOMBS *v.* SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL. (two judgments), *ante*, p. 901;

No. 98–5386.   SCOTT *v.* UNITED STATES, *ante*, p. 902;

No. 98–5419.   MOLIN *v.* THE TRENTONIAN ET AL., *ante*, p. 904;

No. 98–5459.   CHHORN *v.* WEST, SECRETARY OF VETERANS AFFAIRS, *ante*, p. 906;

No. 98–5519.   OUTLAW *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 909;

No. 98–5548.   IN RE VARELA, *ante*, p. 808;

No. 98–5551.   COOK *v.* MILLS, WARDEN, ET AL., *ante*, p. 910;

No. 98–5557.   DREAD *v.* MARYLAND STATE POLICE, *ante*, p. 935;

No. 98–5578.   KAZANDJIAN *v.* UNITED STATES, *ante*, p. 911;

No. 98–5579.   JOHNSON *v.* COGGINS ET AL., *ante*, p. 935;

No. 98–5605.   ENAND *v.* AHMAD ET AL., *ante*, p. 935;

No. 98–5612.   DUNCAN *v.* CHILDREN'S NATIONAL MEDICAL CENTER, *ante*, p. 912;

No. 98–5646.   HIGLEY *v.* UNITED STATES, *ante*, p. 914;

No. 98–5667.   GUNNELL *v.* LAZAROFF, WARDEN, *ante*, p. 937;

No. 98–5783.   PERRY *v.* HENDERSON, POSTMASTER GENERAL, *ante*, p. 917;

No. 98–5795.   MCKINNEY *v.* UNITED STATES, *ante*, p. 918;

No. 98–5828.   DEMPSEY *v.* UNITED STATES, *ante*, p. 938; and

No. 98–6085.   TROBAUGH *v.* UNITED STATES, *ante*, p. 942. Petitions for rehearing denied.

No. 97–8254.   WOLDE-GIORGIS *v.* DELECKI ET AL., 523 U. S. 1125. Motion for leave to file petition for rehearing denied.

DECEMBER 1, 1998

No. 98–318.   LOUISIANA ET AL. *v.* ST. TAMMANY PARISH SCHOOL BOARD ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.